LAURA G. BRYS (SBN 242100)
LBrys@goodwinlaw.com
LAURA A. STOLL (SBN 255023)
LStoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorney for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| SHANE CONNOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:22-cv-00295-DMS-JLB<br><br>**NOTICE OF RELATED CASES**<br><br>Complaint filed:  January 27, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that this case is related to the 25 cases[1] that have been consolidated into *In re Bank of America California Unemployment Benefits Litigation* (United States District Court for the Southern District of California, Case No. 3:21-MD-02992), a multidistrict litigation that was transferred to the Honorable Larry A. Burns for coordinated or consolidated pretrial proceedings on June 4, 2021 (the "MDL"). The cases that have been consolidated into the MDL, including those subject to the June 4, 2021 transfer order and cases that were transferred or consolidated thereafter, are all subject to a Master Consolidated Complaint, filed August 17, 2021.[2]

Further, this case is related to four other actions pending before Judge Burns: *Abila v. Bank of America, N.A.* (Case No. 3:21-cv-01766); *Woodears v. Bank of America, N.A.* (Case No. 21-cv-1659); *Delapaz v. Bank of America, N.A.* (Case No. 21-cv-1660), and *Holbrook v. Bank of America, N.A.* (Case No. 3:22-cv-00168). All four of these related actions have been stayed "pending resolution of the related MDL." Stay Order, *Abila v. Bank of America, N.A.*, No. 3:21-cv-01766 (S.D. Cal. Oct. 22, 2021), ECF No. 8; Stay Order, *Woodears v. Bank of America, N.A.*, No. 21-cv-1659 (S.D. Cal. Oct. 14, 2021), ECF No. 8; Stay Order, *Delapaz v. Bank of America, N.A.*, No. 21-cv-1660 (S.D. Cal. Oct. 14, 2021), ECF No. 8; Stay Order, *Holbrook v. Bank of America, N.A.*, No. 3:22-cv-00168 (S.D. Cal. Feb. 11, 2022), ECF No. 5; *see also* Order re: Related Actions, MDL, ECF No. 85 (S.D. Cal. Oct. 13, 2021).

Accordingly, pursuant to Civil Local Rule 40.1f of the United States District

---

[1] This includes nine cases that were previously consolidated into *Yick v. Bank of America, N.A.*, No. 21-cv-00376 (S.D. Cal. March 29, 2021), ECF No. 60.
[2] Defendant further notes that this case is also related to the dismissed actions *Lawrence v. Bank of America, N.A.*, filed on April 6, 2021 in the United States District Court for the Southern District of California under Case No. 3:21-CV-597, *Wood v. Bank of America, N.A.*, filed on March 2, 2021 in the United States District Court for the Central District of California under Case No. 2:21-CV-1929, and *Chong et al. v. Bank of America*, filed on November 2, 2020 in the United States District Court for the Central District of California under Case No. 2:20-CV-10052.

Court for the Southern District of California, Defendant submits this Notice of Related Cases.

## I. APPLICABLE STANDARD UNDER CIVIL LOCAL RULES 40.1E AND 40.1F

Under Civil Local Rule 40.1e, an action is related to another when they appear: (1) to arise from the same or substantially identical transactions, happenings, or events; or (2) involve the same or substantially the same parties or property, or (3) involve the same patent or the same trademark; or (4) call for determination of the same or substantially identical questions of law; or (5) where a case is refiled within one year of having previously been terminated by the Court; or (6) for other reasons would entail substantial duplication of labor if heard by different judges.

In addition, "[w]henever counsel has a reason to believe that a pending action or proceeding on file or about to be filed is related to another pending action or proceeding on file in this or any other Federal or State Court," said counsel must promptly file and serve on all known parties a notice of related cases, pursuant Civil Local Rule 40.1f.

## II. THESE CASES ARE RELATED.

The captioned case is related to *In re Bank of America California Unemployment Benefits Litig.* and the cases consolidated therein, as well as *Abila*, *Woodears*, *Delapaz*, and *Holbrook*, within the meaning of the rule. Each case is brought against Bank of America, N.A., and all make similar claims regarding prepaid debit cards issued by BANA, such that these cases will likely require determination of some substantially related or similar questions of law. Like the Master Consolidated Complaint filed in the MDL and the complaints filed in *Abila*, *Woodears*, *Delapaz*, and *Holbrook*, the *Connor* Complaint alleges violations of the California Consumer Privacy Act, Cal. Civ. Code § 1798.100, *et seq.*, and the California Customer Records Act, Cal. Civ. Code § 1798.80, *et seq*.

## **CONCLUSION**

For the foregoing reasons, Bank of America brings these cases to the Court's

attention as it is required to do under Civil Local Rule 40.1e.

Dated: March 4, 2022                    Respectfully submitted,

                                        By:  /s/ Laura G. Brys
                                        LAURA G. BRYS (SBN 242100)
                                        *LBrys@goodwinlaw.com*
                                        **GOODWIN PROCTER LLP**
                                        601 South Figueroa Street, 41st Floor
                                        Los Angeles, California 90017
                                        Tel.: +1 213 426 2500
                                        Fax: +1 213 623 1673

                                        Attorney for Defendant
                                        BANK OF AMERICA, N.A.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, Floor 41, Los Angeles, California 90017.

On March 4, 2022 I caused to be served the following document on the person(s) below:

## NOTICE OF RELATED CASES

| | |
|---|---|
| Jeremy S. Golden (SBN 228007)<br>Cory M. Teed (SBN 299780)<br>GOLDEN & CARDONA LOYA LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910 | Counsel for Plaintiff<br>SHANE CONNOR<br>Tel. (619) 476-0030<br>Email: *cory@goldencardona.com*<br>*jeremy@goldencardona.com* |

The documents were served by the following means:

x   (E-MAIL or ELECTRONIC TRANSMISSION)  By electronic service. Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2022 at Los Angeles, California.

Jhemari Quintana
(Type or print name)

(Signature)

4